UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lori J. Higginbotham,

            Plaintiff,

vs.

PAL Management, Inc., and
Payday America, LLC,

           Defendants.

Civil File No. 05-CV-560 (RHK/AJB)

**ORDER**

---

Based upon the Stipulation, **IT IS HEREBY ORDERED** that the above-captioned action is hereby **DISMISSED WITH PREJUDICE** on the merits and without fees, costs or disbursements to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: June 30, 2005                    s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge